# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED SPECIALTY INS. CO., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-022 |
| PONTUS, LLC, *et al.*, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff United Specialty Insurance Company's motion for leave to file a supplemental complaint and modify the motions deadline (doc. 30), which is unopposed (doc. 31) is **GRANTED**. The motions deadline is extended to October 4, 2018, to accommodate plaintiff's requested extension to file a supplemental motion for summary judgment.

**SO ORDERED,** this __4th__ day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA