**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED SPECIALITY INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-22 |
| v. | |
| PONTUS, LLC, et al., | |
| Defendant. | |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal filed on December 20, 2018, stating that the parties seek to dismiss all claims. (Doc. 56.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this action without prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 2nd day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA